PAULINE STERNBERGER, respondent,

*v.*

BERTHOLD SUSSMAN, appellant.

[Submitted December 6th, 1915. Decided March 6th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *69 N. J. Eq. 199.*

*Mr. J. Bayard Kirkpatrick,* for the respondent.

*Messrs. McDermott & Enright,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR—13.

*For reversal*—None.